GAGE E. TARBELL, Respondent, *v.* GEORGE P. FINNIGAN et al., Appellants.

*Tarbell* v. *Finnigan,* 35 App. Div. 624, affirmed.
(Argued January 11, 1901; decided January 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*A. D. Wales* for appellants.

*Franklin Pierce* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: O'BRIEN and LANDON, JJ.